# Exhibit B

# Vehicle Valuation Report

Prepared For   Progressive Group of Insurance Companies   (800) 321-9843



## Claim Information

| Claim Number | Policy Number | Loss Type | Owner | |
|---|---|---|---|---|
| 18-5673560-01 | | COLLISION | DARCEE THOMPSON 301 NORTH DAKOTA ST DODGEVILLE, WI 53533 +1-608-4258895 | |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 12/01/2018 | 12/01/2018 | 12/05/2018 | 1008424598 | 2 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2015 | Kia | Optima LX 4 Door Sedan 2.4L 4 Cyl Gas A FWD | WI 53533 | 74,210 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| | | 5XXGM4A78FG504096 | No |

## Valuation Summary

### Loss Vehicle Adjustments
Adjustments specific to your vehicle

| | | |
|---:|---:|---|
| Base Value = | $11,938.10 | |
| Condition - | $442.59 | |
| Prior Damage | $0.00 | |
| Aftermarket Parts + | $800.00 | |
| Refurbishment | $0.00 | |
| Market Value = | $12,295.51 | |

### Settlement Adjustments
Adjustments specific to your policy

| | |
|---:|---:|
| Deductible - | $500.00 |
| Settlement Value = | $11,795.51 |

## Settlement Value: $11,795.51

# Loss Vehicle Detail

Loss vehicle:  2015 Kia Optima | LX 4 Door Sedan | 2.4L 4 Cyl Gas A FWD

## Standard Equipment

### Exterior

| | |
|---|---|
| Black grille w/chrome surround | Body-colored front bumper |
| Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator | Body-Colored Rear Bumper |
| Chrome door handles | Chrome Side Windows Trim and Chrome Rear Window Trim |
| Clearcoat paint | Fixed Rear Window w/Defroster |
| Front fog lamps | Front Windshield -inc: Sun Visor Strip |
| Fully Automatic Projector Beam Halogen Headlamps w/Delay-Off | Fully Galvanized Steel Panels |
| Light tinted glass | Perimeter/Approach Lights |
| Spare Tire Inflator | Tires: P205/65R16 |
| Trunk Rear Cargo Access | Variable intermittent wipers |
| Wheels: 16" Alloy | |

### Interior

| | |
|---|---|
| 2 12V DC Power Outlets | 2 Seatback Storage Pockets |
| 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement | 5 Person Seating Capacity |
| 60-40 Folding Bench Front Facing Fold Forward Seatback Cloth Rear Seat | Air filtration |
| Analog Display | Cargo Features -inc: Spare Tire Inflator |
| Cargo Space Lights | Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim |
| Cloth door trim insert | Cloth Front Seats |
| Cruise control w/steering wheel controls | Day-night rearview mirror |
| Delayed Accessory Power | Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination |
| Driver foot rest | Fade-to-off interior lighting |
| FOB Controls -inc: Trunk/Hatch/Tailgate | Front Bucket Seats -inc: 6-way adjustable driver's seat w/power lumbar |
| Front Center Armrest and Rear Center Armrest | Front Cupholder |
| Front map lights | Full Carpet Floor Covering |
| Full cloth headliner | Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets |
| Glove box | HVAC -inc: Underseat Ducts |
| Instrument Panel Bin, Refrigerated/Cooled Box Located In The Glovebox, Driver / Passenger And Rear Door Bins | Interior Trim -inc: Chrome Interior Accents |
| Manual air conditioning | Manual tilt/telescoping steering column |
| Manual w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints | Outside temp gauge |
| Perimeter alarm | Power 1st Row Windows w/Driver 1-Touch Up/Down |
| Power Door Locks w/Autolock Feature | Power Rear Windows |
| Radio w/Seek-Scan, Clock and Speed Compensated Volume Control | Radio: AM/FM/CD/MP3 w/6 Speakers -inc: SiriusXM satellite radio, USB/auxiliary input jacks and Bluetooth wireless technology w/steering wheel mounted controls |

**Mitchell WorkCenter — Total Loss**

| | |
|---|---|
| Rear cupholder | Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry, Illuminated Ignition Switch and Panic Button |
| Remote Releases -Inc: Power Trunk/Hatch and Power Fuel | Trip computer |
| Urethane Gear Shift Knob | Window Grid Antenna |

### Mechanical

| | |
|---|---|
| 150 amp alternator | 18.5 Gal. Fuel Tank |
| 2.88 Axle Ratio | 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control |
| 70-Amp/Hr 760CCA Maintenance-Free Battery w/Run Down Protection | Electric Power-Assist Speed-Sensing Steering |
| Front And Rear Anti-Roll Bars | Front-wheel drive |
| Gas-pressurized shock absorbers | Multi-link rear suspension w/coil springs |
| Quasi-Dual Stainless Steel Exhaust w/Chrome Tailpipe Finisher | Strut Front Suspension w/Coil Springs |

### Safety

| | |
|---|---|
| ABS And Driveline Traction Control | Airbag Occupancy Sensor |
| Curtain 1st And 2nd Row Airbags | Dual Stage Driver And Passenger Front Airbags |
| Dual Stage Driver And Passenger Seat-Mounted Side Airbags | Electronic stability control (ESC) |
| Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners | Rear child safety locks |
| Side impact beams | Tire Specific Low Tire Pressure Warning |

## Optional Equipment

CARPETED FLOOR MATS

***DIO/PIO =**   Dealer/Port Installed Options

## Loss Vehicle Base Value

Loss vehicle:   2015 Kia Optima |  LX 4 Door Sedan | 2.4L 4 Cyl Gas A FWD



## Comparable Vehicle Information

Search Radius used for this valuation: 75 miles from loss vehicle zip/postal code.

Typical Mileage for this vehicle: 39,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2015 KIA OPTIMA LX 4D SDN 4 2.4NORMAL GAS A 2WD | 42,181 | 53562 | 33 miles | $12,995.00 List Price | $10,983.65 |
| 2 | 2015 KIA OPTIMA LX 4D SDN 4 2.4NORMAL GAS A 2WD | 57,174 | 53719 | 33 miles | $12,998.00 List Price | $12,356.17 |
| 3 | 2015 KIA OPTIMA LX 4D SDN 4 2.4NORMAL GAS A 2WD | 45,774 | 53719 | 33 miles | $13,998.00 List Price | $12,663.46 |
| 4 | 2015 KIA OPTIMA LX 4D SDN 4 2.4NORMAL GAS A 2WD | 45,053 | 53719 | 33 miles | $12,900.00 List Price | $11,049.35 |
| 5 | 2015 KIA OPTIMA LX 4D SDN 4 2.4NORMAL GAS A 2WD | 68,170 | 53704 | 40 miles | $11,995.00 List Price | $10,792.85 |
| 6 | 2015 KIA OPTIMA LX 4D SDN 4 2.4NORMAL GAS A 2WD | 70,967 | 53718 | 45 miles | $13,995.00 List Price | $13,168.52 |
| 7 | 2015 KIA OPTIMA LX 4D SDN 4 2.4NORMAL GAS A 2WD | 55,311 | 52003 | 46 miles | $13,995.00 List Price | $12,552.73 |

**Base Value:** **$11,938.10**

## Loss Vehicle Adjustments

Loss vehicle: 2015 Kia Optima | LX 4 Door Sedan | 2.4L 4 Cyl Gas A FWD

### Condition Adjustments

Condition Adjustment: -$442.59          Overall Condition: 2.78-Good          Typical Vehicle Condition: 3.00

| Category | Condition | Comments |
|---|---|---|
| Interior | | |
| DASH/CONSOLE | 3 Good | |
| DOORS/INTERIOR PANELS | 3 Good | |
| GLASS | 3 Good | |
| SEATS | 2 Fair | mult permanent stains |
| HEADLINER | 3 Good | |
| CARPET | 3 Good | |
| Exterior | | |
| BODY | 3 Good | |
| VINYL/CONVERTIBLE TOP | Typical | |
| PAINT | 3 Good | |
| TRIM | 2 Fair | large impact rear bumper |
| Mechanical | | |
| TRANSMISSION | 3 Good | |
| ENGINE | 3 Good | |
| Tire | 2 Fair | 4,4,3,3 |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

## After Market Parts and OEM Equipment Adjustments

| Category | Description | Adjustment Type | Purchase Date | Amount Paid | Adjustment Amount |
|---|---|---|---|---|---|
| MECHANICAL | NEW ENGINE (25-36 MONTHS / 40001 - 60000 MILES) | INSTANT QUOTE | | | $800.00 |

# Comparable Vehicles

Loss vehicle:  2015 Kia Optima | LX 4 Door Sedan | 2.4L 4 Cyl Gas A FWD

### 1 — 2015 KIA OPTIMA LX 4D SDN 4 2.4 NORMAL GAS A2WD

**List Price: $12,995.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 5XXGM4A78FG484822 | W7603 | 11/16/2018 | 53562 | 33 miles |

Source

DEALER WEB LISTING - BUILDSHEET - CARS.COM
GOBEN CARS WEST
3415 PARMENTER ST
MIDDLETON WI 53562
608-836-5500

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$685.00 |
| Mileage | 74,210 | 42,181 | -$1,326.35 |
| | | Total Adjustments: | -$2,011.35 |
| | | **Adjusted Price:** | **$10,983.65** |

Comparable Vehicle Option Details:

CARPETED FLOOR MATS

### 2 — 2015 KIA OPTIMA LX 4D SDN 4 2.4 NORMAL GAS A2WD — List Price: $12,998.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 5XXGM4A73FG378360 | 16545344 | 11/21/2018 | 53719 | 33 miles |

**Source**
DEALER WEB LISTING - BUILDSHEET - CARS.COM
CARMAX MADISON
6601 ODANA RD
MADISON WI 53719
608-286-3959

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | $0.00 |
| Mileage | 74,210 | 57,174 | -$608.82 |
| Equipment | | | |
| WHEEL LOCKS | No | Yes | -$33.01 |
| | | Total Adjustments: | -$641.83 |
| | | **Adjusted Price:** | **$12,356.17** |

Comparable Vehicle Option Details:

CARPETED FLOOR MATS, WHEEL LOCKS

### 3 — 2015 KIA OPTIMA LX 4D SDN 4 2.4 NORMAL GAS A2WD — List Price: $13,998.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| KNAGM4A78F5530862 | 16401090 | 10/20/2018 | 53719 | 33 miles |

**Source**
DEALER WEB LISTING - BUILDSHEET - CARS.COM
CARMAX MADISON
6601 ODANA RD
MADISON WI 53719
608-286-3959

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | $0.00 |
| Mileage | 74,210 | 45,774 | -$1,298.99 |
| Equipment | | | |
| WHEEL LOCKS | No | Yes | -$35.55 |
| | | Total Adjustments: | -$1,334.54 |
| | | **Adjusted Price:** | **$12,663.46** |

Comparable Vehicle Option Details:

CARPETED FLOOR MATS, WHEEL LOCKS

| 4 | 2015 KIA OPTIMA LX 4D SDN 4 2.4 NORMAL GAS A2WD | | | **List Price: $12,900.00** |
|---|---|---|---|---|

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 5XXGM4A79FG381036 | M943650 | 11/27/2018 | 53719 | 33 miles |

**Source**

DEALER WEB LISTING - BUILDSHEET - CARS.COM
SMART MOTORS
5901 ODANA RD
MADISON WI 53719
608-275-7808

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$680.00 |
| Mileage | 74,210 | 45,053 | -$1,170.65 |
| | | Total Adjustments: | -$1,850.65 |
| | | **Adjusted Price:** | **$11,049.35** |

**Comparable Vehicle Option Details:**
CARPETED FLOOR MATS

| 5 | 2015 KIA OPTIMA LX 4D SDN 4 2.4 NORMAL GAS A2WD | | | **List Price: $11,995.00** |
|---|---|---|---|---|

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 5XXGM4A73FG506211 | 16246 | 09/27/2018 | 53704 | 40 miles |

**Source**

DEALER WEB LISTING - BUILDSHEET - CARS.COM
GOBEN CARS EAST
2501 E SPRINGS DR
MADISON WI 53704
608-216-0500

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$690.00 |
| Mileage | 74,210 | 68,170 | -$167.53 |
| Equipment | | | |
|     PAINT PROTECTION FILM PACKAGE | No | Yes | -$133.15 |
|     AUTO-DIM MIRROR W/COMPASS AND HOMELINK | No | Yes | -$182.76 |
|     WHEEL LOCKS | No | Yes | -$28.71 |
| | | Total Adjustments: | -$1,202.15 |
| | | **Adjusted Price:** | **$10,792.85** |

**Comparable Vehicle Package Details:**
PAINT PROTECTION FILM PACKAGE

**Comparable Vehicle Option Details:**
CARPETED FLOOR MATS, AUTO-DIM MIRROR W/COMPASS AND HOMELINK, WHEEL LOCKS

### 6  2015 KIA OPTIMA LX 4D SDN 4 2.4 NORMAL GAS A2WD    List Price: $13,995.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 5XXGM4A74FG488642 | FG488642 | 11/27/2018 | 53718 | 45 miles |

**Source**
DEALER WEB LISTING - BUILDSHEET - CARS.COM
METRO KIA OF MADISON
5442 WAYNE TERRACE
MADISON WI 53718
608-443-5700

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$738.00 |
| Mileage | 74,210 | 70,967 | -$88.48 |
| | | Total Adjustments: | -$826.48 |
| | | **Adjusted Price:** | **$13,168.52** |

**Comparable Vehicle Option Details:**
CARPETED FLOOR MATS

### 7  2015 KIA OPTIMA LX 4D SDN 4 2.4 NORMAL GAS A2WD    List Price: $13,995.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 5XXGM4A7XFG494042 | 888489A | 11/24/2018 | 52003 | 46 miles |

**Source**
DEALER WEB LISTING - BUILDSHEET - CARS.COM
FINNIN KIA
4355 DODGE ST
DUBUQUE IA 52003
563-583-8825

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$738.00 |
| Mileage | 74,210 | 55,311 | -$704.27 |
| | | Total Adjustments: | -$1,442.27 |
| | | **Adjusted Price:** | **$12,552.73** |

**Comparable Vehicle Option Details:**
CARPETED FLOOR MATS

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2015 Kia Optima LX | 4 Door Sedan 2.4L 4 Cyl Gas  FWD | $21,650.00 |

## Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was designed and built in conjunction with J.D. Powers, experts in data analysis and vehicle pricing and a highly trusted name among consumers. With years of experience in vehicle pricing, J.D Power is a credible, third-party expert whose name provides consumer recognition and confidence. WCTL provides a consistent methodology across all vehicles and it includes valid comparable vehicles that most closely resemble the totaled vehicle and are similar to the vehicles a consumer would find in their own research.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

**Step 1 - Locate Comparable Vehicles**

Locate vehicles that are the closest match to the loss vehicle in the same market area. WorkCenter Total Loss utilizes consumer-based vehicle sources along with inventory directly from Dealerships. When available WCTL also provides sold vehicle records from sources such as J.D. Powers.

**Step 2 - Adjust Comparable Vehicles**

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).

- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.
- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

**Step 3 - Calculate Base Vehicle Value**

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

**Step 4 - Calculate Loss Vehicle Adjustments**

There are four types of loss vehicle adjustments:

- Condition Adjustment:

  Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

  Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

  Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

  Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

**Step 5 - Calculate the Market Value**

The Market Value is calculated by applying the loss vehicle adjustments to the base value.