IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARCEE THOMPSON,

    Plaintiff,

  v.

Case No. 19-cv-150-wmc

PROGRESSIVE UNIVERSAL INSURANCE CO.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Progressive Universal Insurance Co. against plaintiff Darcee Thompson dismissing this case.

| s/ K. Frederickson, Deputy Clerk | November 14, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |